# Exhibit 9

# IPPUDO FEE APPLICATION

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| PEARSON | 54.20 | 650 | 35,230.00 |
| ARBEIT | 92.80 | 350 | 32,480.00 |
| KORNBLIT | 39.30 | 300 | 11,790.00 |
| RAHMAN | 124.90 | 400 | 49,960.00 |
| PARALEGALS | 158.10 | 125 | 19,762.50 |
| **TOTAL STAFF** | | | **149,222.50** |
| **EXPENSES** | | | **4,787.91** |
| **GRAND TOTAL** | | | **154,010.41** |

# WIGDOR LLP

## ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

Maria Francisco
902 Greene Avenue
Apt 2B
Brooklyn, NY 11221

Date:  2/23/2016

Matter:       Ippudo Class Action
Invoice No:   151247

**For Professional Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 9/19/2014 | LMP | | 1.50 | $650.00 | $975.00 |
| 9/19/2014 | THR | | 1.50 | $400.00 | $600.00 |
| 9/22/2014 | JB | | 0.50 | $125.00 | $62.50 |
| 9/23/2014 | THR | | 0.20 | $400.00 | $80.00 |
| 9/24/2014 | JB | | 0.50 | $125.00 | $62.50 |
| 9/29/2014 | ATS | | 1.10 | $125.00 | $137.50 |
| 9/29/2014 | THR | | 0.30 | $400.00 | $120.00 |
| 9/30/2014 | ATS | | 1.50 | $125.00 | $187.50 |
| 9/30/2014 | JB | | 0.50 | $125.00 | $62.50 |
| 9/30/2014 | THR | | 1.00 | $400.00 | $400.00 |

# WIGDOR LLP
## ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 10/13/2014 | ATS | | 0.20 | $125.00 | $25.00 |
| 10/13/2014 | THR | | 1.30 | $400.00 | $520.00 |
| 10/14/2014 | ATS | | 0.10 | $125.00 | $12.50 |
| 10/14/2014 | THR | | 3.50 | $400.00 | $1,400.00 |
| 10/15/2014 | ATS | | 0.80 | $125.00 | $100.00 |
| 10/15/2014 | THR | | 0.60 | $400.00 | $240.00 |
| 10/21/2014 | ATS | | 0.20 | $125.00 | $25.00 |
| 10/21/2014 | MLK | | 2.50 | $300.00 | $750.00 |
| 10/22/2014 | MLK | | 0.50 | $300.00 | $150.00 |
| 10/23/2014 | ATS | | 0.10 | $125.00 | $12.50 |
| 10/23/2014 | MLK | | 2.00 | $300.00 | $600.00 |
| 10/23/2014 | THR | | 0.50 | $400.00 | $200.00 |
| 10/24/2014 | MLK | | 1.80 | $300.00 | $540.00 |
| 10/24/2014 | THR | | 0.20 | $400.00 | $80.00 |
| 10/27/2014 | THR | | 0.30 | $400.00 | $120.00 |

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

Page No.:    3

| Date | Atty | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/2014 | THR | | 0.10 | $400.00 | $40.00 |
| 10/30/2014 | ATS | | 0.70 | $125.00 | $87.50 |
| 10/30/2014 | THR | | 0.60 | $400.00 | $240.00 |
| 10/31/2014 | ATS | | 1.10 | $125.00 | $137.50 |
| 10/31/2014 | MLK | | 1.00 | $300.00 | $300.00 |
| 10/31/2014 | THR | | 0.30 | $400.00 | $120.00 |
| 11/03/2014 | ATS | | 0.20 | $125.00 | $25.00 |
| 11/03/2014 | THR | | 0.10 | $400.00 | $40.00 |
| 11/04/2014 | ATS | | 0.90 | $125.00 | $112.50 |
| 11/06/2014 | MLK | | 0.70 | $300.00 | $210.00 |
| 11/07/2014 | ATS | | 1.50 | $125.00 | $187.50 |
| 11/10/2014 | ATS | | 0.50 | $125.00 | $62.50 |
| 11/11/2014 | ATS | | 1.50 | $125.00 | $187.50 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Init | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2014 | THR | | 0.40 | $400.00 | $160.00 |
| 11/17/2014 | MLK | | 2.30 | $300.00 | $690.00 |
| 11/17/2014 | THR | | 0.50 | $400.00 | $200.00 |
| 11/20/2014 | ATS | | 0.50 | $125.00 | $62.50 |
| 11/21/2014 | MLK | | 0.20 | $300.00 | $60.00 |
| 11/21/2014 | THR | | 0.20 | $400.00 | $80.00 |
| 11/24/2014 | MLK | | 0.10 | $300.00 | $30.00 |
| 11/24/2014 | THR | | 0.10 | $400.00 | $40.00 |
| 12/01/2014 | ATS | | 0.60 | $125.00 | $75.00 |
| 12/01/2014 | MLK | | 3.80 | $300.00 | $1,140.00 |
| 12/02/2014 | MLK | | 2.00 | $300.00 | $600.00 |
| 12/03/2014 | ATS | | 0.30 | $125.00 | $37.50 |
| 12/03/2014 | MLK | | 1.20 | $300.00 | $360.00 |
| 12/03/2014 | THR | | 0.30 | $400.00 | $120.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| 12/04/2014 | ATS | | 0.10 | $125.00 | $12.50 |
|---|---|---|---|---|---|
| 12/05/2014 | ATS | | 0.20 | $125.00 | $25.00 |
| 12/07/2014 | THR | | 1.00 | $400.00 | $400.00 |
| 12/08/2014 | MLK | | 2.00 | $300.00 | $600.00 |
| 12/09/2014 | MLK | | 1.30 | $300.00 | $390.00 |
| 12/10/2014 | ATS | | 0.30 | $125.00 | $37.50 |
| 12/11/2014 | ATS | | 0.30 | $125.00 | $37.50 |
| 12/11/2014 | THR | | 0.20 | $400.00 | $80.00 |
| 12/12/2014 | ATS | | 0.30 | $125.00 | $37.50 |
| 12/15/2014 | MLK | | 1.50 | $300.00 | $450.00 |
| 12/18/2014 | LMP | | 1.00 | $650.00 | $650.00 |
| 12/18/2014 | MLK | | 0.20 | $300.00 | $60.00 |

# WIGDOR LLP
## ATTORNEYS AND COUNSELORS AT LAW

| | | | | |
|---|---|---|---|---|
| 12/18/2014 | THR | | 3.50 | $400.00 | $1,400.00 |
| 12/19/2014 | ATS | | 1.70 | $125.00 | $212.50 |
| 12/19/2014 | MLK | | 0.20 | $300.00 | $60.00 |
| 12/19/2014 | THR | | 0.50 | $400.00 | $200.00 |
| 12/23/2014 | ATS | | 0.10 | $125.00 | $12.50 |
| 12/23/2014 | LMP | | 2.00 | $650.00 | $1,300.00 |
| 12/29/2014 | ATS | | 0.40 | $125.00 | $50.00 |
| 12/30/2014 | MLK | | 3.20 | $300.00 | $960.00 |
| 12/30/2014 | THR | | 0.50 | $400.00 | $200.00 |
| 12/31/2014 | ATS | | 0.50 | $125.00 | $62.50 |

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/31/2014 | MLK | | 2.00 | $300.00 | $600.00 |
| 12/31/2014 | THR | | 0.30 | $400.00 | $120.00 |
| 1/02/2015 | THR | | 2.00 | $400.00 | $800.00 |
| 1/05/2015 | THR | | 2.00 | $400.00 | $800.00 |
| 1/06/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 1/06/2015 | MLK | | 0.20 | $300.00 | $60.00 |
| 1/06/2015 | THR | | 2.50 | $400.00 | $1,000.00 |
| 1/07/2015 | ATS | | 2.00 | $125.00 | $250.00 |
| 1/07/2015 | LMP | | 0.30 | $650.00 | $195.00 |
| 1/07/2015 | MLK | | 1.20 | $300.00 | $360.00 |
| 1/07/2015 | THR | | 2.50 | $400.00 | $1,000.00 |

# WIGDOR LLP
## ATTORNEYS AND COUNSELORS AT LAW

| Date | Atty | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 1/08/2015 | ATS | | 2.00 | $125.00 | $250.00 |
| 1/08/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 1/09/2015 | THR | | 1.00 | $400.00 | $400.00 |
| 1/16/2015 | THR | | 1.50 | $400.00 | $600.00 |
| 1/20/2015 | THR | | 1.00 | $400.00 | $400.00 |
| 1/22/2015 | ATS | | 0.40 | $125.00 | $50.00 |
| 1/22/2015 | LMP | | 0.70 | $650.00 | $455.00 |
| 1/22/2015 | THR | | 2.00 | $400.00 | $800.00 |
| 2/02/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 2/02/2015 | LMP | | 0.50 | $650.00 | $325.00 |
| 2/02/2015 | THR | | 0.80 | $400.00 | $320.00 |
| 2/03/2015 | ATS | | 0.20 | $125.00 | $25.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/03/2015 | THR | | 2.00 | $400.00 | $800.00 |
| 2/04/2015 | LMP | | 0.80 | $650.00 | $520.00 |
| 2/04/2015 | THR | | 1.80 | $400.00 | $720.00 |
| 2/05/2015 | LMP | | 1.20 | $650.00 | $780.00 |
| 2/06/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 2/06/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 2/09/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 2/09/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 2/11/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 2/12/2015 | ATS | | 0.50 | $125.00 | $62.50 |
| 2/18/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 2/19/2015 | LMP | | 0.40 | $650.00 | $260.00 |
| 2/23/2015 | ATS | | 0.40 | $125.00 | $50.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 2/24/2015 | ATS | | 0.50 | $125.00 | $62.50 |
| 2/24/2015 | LMP | | 2.00 | $650.00 | $1,300.00 |
| 2/25/2015 | ATS | | 0.40 | $125.00 | $50.00 |
| 2/25/2015 | LMP | | 3.00 | $650.00 | $1,950.00 |
| 2/25/2015 | THR | | 1.00 | $400.00 | $400.00 |
| 2/26/2015 | ATS | | 0.40 | $125.00 | $50.00 |
| 2/26/2015 | LMP | | 3.50 | $650.00 | $2,275.00 |
| 2/26/2015 | THR | | 2.00 | $400.00 | $800.00 |
| 2/27/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 3/02/2015 | ATS | | 0.30 | $125.00 | $37.50 |
| 3/03/2015 | MLK | | 0.60 | $300.00 | $180.00 |
| 3/05/2015 | LMP | | 0.30 | $650.00 | $195.00 |
| 3/05/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 3/09/2015 | ATS | | 0.70 | $125.00 | $87.50 |
| 3/10/2015 | ATS | | 0.60 | $125.00 | $75.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Atty | | Hours | Rate | Amount |
|------|------|--|-------|------|--------|
| 3/10/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 3/11/2015 | LMP | | 0.40 | $650.00 | $260.00 |
| 3/16/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 3/16/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 3/20/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 3/20/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 3/24/2015 | LMP | | 0.40 | $650.00 | $260.00 |
| 3/24/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 3/30/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 4/02/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 4/16/2015 | LMP | | 0.80 | $650.00 | $520.00 |
| 4/16/2015 | THR | | 1.00 | $400.00 | $400.00 |
| 4/20/2015 | LMP | | 0.20 | $650.00 | $130.00 |

# WIGDOR LLP
## ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 4/21/2015 | LMP | | 0.50 | $650.00 | $325.00 |
| 4/27/2015 | LMP | | 0.90 | $650.00 | $585.00 |
| 4/27/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 4/29/2015 | MLK | | 1.80 | $300.00 | $540.00 |
| 4/30/2015 | MLK | | 3.70 | $300.00 | $1,110.00 |
| 5/01/2015 | MLK | | 0.30 | $300.00 | $90.00 |
| 5/01/2015 | THR | | 2.10 | $400.00 | $840.00 |
| 5/04/2015 | ATS | | 0.60 | $125.00 | $75.00 |
| 5/04/2015 | MLK | | 3.00 | $300.00 | $900.00 |
| 5/04/2015 | THR | | 0.80 | $400.00 | $320.00 |
| 5/05/2015 | THR | | 0.30 | $400.00 | $120.00 |

# WIGDOR LLP
## ATTORNEYS AND COUNSELORS AT LAW

| Date | Atty | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/07/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 5/11/2015 | ATS | | 0.10 | $125.00 | $12.50 |
| 5/14/2015 | ATS | | 1.70 | $125.00 | $212.50 |
| 5/15/2015 | ATS | | 2.50 | $125.00 | $312.50 |
| 5/15/2015 | LMP | | 0.70 | $650.00 | $455.00 |
| 5/19/2015 | ATS | | 0.80 | $125.00 | $100.00 |
| 5/21/2015 | THR | | 1.00 | $400.00 | $400.00 |
| 5/27/2015 | ATS | | 0.50 | $125.00 | $62.50 |
| 5/28/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 5/28/2015 | THR | | 1.00 | $400.00 | $400.00 |
| 6/10/2015 | ATS | | 0.50 | $125.00 | $62.50 |
| 6/11/2015 | ATS | | 0.50 | $125.00 | $62.50 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Atty | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/11/2015 | THR | | 0.60 | $400.00 | $240.00 |
| 6/12/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 6/13/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 6/15/2015 | ATS | | 0.60 | $125.00 | $75.00 |
| 6/15/2015 | THR | | 0.60 | $400.00 | $240.00 |
| 6/22/2015 | ATS | | 2.00 | $125.00 | $250.00 |
| 6/22/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 6/23/2015 | ATS | | 7.00 | $125.00 | $875.00 |
| 6/23/2015 | JBM | | 5.00 | $125.00 | $625.00 |
| 6/23/2015 | MW | | 1.00 | $100.00 | No Charge |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 6/23/2015 | SEM | | 5.50 | $125.00 | $687.50 |
| 6/29/2015 | ATS | | 1.00 | $125.00 | $125.00 |
| 6/29/2015 | THR | | 2.10 | $400.00 | $840.00 |
| 6/30/2015 | ATS | | 0.30 | $125.00 | $37.50 |
| 6/30/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 7/01/2015 | BLA | | 1.80 | $350.00 | $630.00 |
| 7/01/2015 | LMP | | 0.50 | $650.00 | $325.00 |
| 7/01/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 7/02/2015 | BLA | | 1.00 | $350.00 | $350.00 |
| 7/02/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 7/06/2015 | ATS | | 0.40 | $125.00 | $50.00 |
| 7/06/2015 | BLA | | 0.80 | $350.00 | $280.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Atty | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 7/07/2015 | ATS | | 1.50 | $125.00 | $187.50 |
| 7/08/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 7/09/2015 | ATS | | 1.30 | $125.00 | $162.50 |
| 7/10/2015 | ATS | | 1.00 | $125.00 | $125.00 |
| 7/12/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 7/13/2015 | ATS | | 1.10 | $125.00 | $137.50 |
| 7/13/2015 | BLA | | 0.80 | $350.00 | $280.00 |
| 7/13/2015 | THR | | 4.40 | $400.00 | $1,760.00 |
| 7/14/2015 | ATS | | 1.70 | $125.00 | $212.50 |
| 7/14/2015 | THR | | 1.00 | $400.00 | $400.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 7/15/2015 | ATS | | 0.60 | $125.00 | $75.00 |
| 7/16/2015 | BLA | | 1.80 | $350.00 | $630.00 |
| 7/17/2015 | ATS | | 1.00 | $125.00 | $125.00 |
| 7/17/2015 | BLA | | 3.40 | $350.00 | $1,190.00 |
| 7/20/2015 | ATS | | 0.60 | $125.00 | $75.00 |
| 7/20/2015 | BLA | | 1.40 | $350.00 | $490.00 |
| 7/20/2015 | THR | | 1.20 | $400.00 | $480.00 |
| 7/21/2015 | ATS | | 0.50 | $125.00 | $62.50 |
| 7/22/2015 | ATS | | 0.60 | $125.00 | $75.00 |
| 7/23/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 7/23/2015 | BLA | | 1.80 | $350.00 | $630.00 |

# WIGDOR LLP
## ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 7/24/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 7/24/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 7/27/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 7/27/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 7/27/2015 | THR | | 0.10 | $400.00 | $40.00 |
| 7/29/2015 | ATS | | 0.80 | $125.00 | $100.00 |
| 7/29/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 7/30/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 7/30/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 7/31/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 8/03/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 8/03/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 8/04/2015 | THR | | 0.20 | $400.00 | $80.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/05/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 8/05/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 8/06/2015 | ATS | | 4.00 | $125.00 | $500.00 |
| 8/06/2015 | JB | | 6.00 | $125.00 | $750.00 |
| 8/06/2015 | JBM | | 5.00 | $125.00 | $625.00 |
| 8/06/2015 | SEM | | 4.00 | $125.00 | $500.00 |
| 8/06/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 8/07/2015 | ATS | | 1.00 | $125.00 | $125.00 |
| 8/07/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 8/07/2015 | JB | | 0.50 | $125.00 | $62.50 |
| 8/07/2015 | JBM | | 3.50 | $125.00 | $437.50 |

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

| Date | Staff | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/07/2015 | SEM | | 1.00 | $125.00 | $125.00 |
| 8/07/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 8/10/2015 | ATS | | 1.50 | $125.00 | $187.50 |
| 8/10/2015 | JBM | | 0.50 | $125.00 | $62.50 |
| 8/10/2015 | SEM | | 1.50 | $125.00 | $187.50 |
| 8/11/2015 | ATS | | 3.10 | $125.00 | $387.50 |
| 8/11/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 8/11/2015 | JBM | | 0.70 | $125.00 | $87.50 |
| 8/11/2015 | THR | | 0.40 | $400.00 | $160.00 |
| 8/12/2015 | ATS | | 2.40 | $125.00 | $300.00 |

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

Page No.:    21

| | | | | | |
|---|---|---|---|---|---|
| 8/12/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 8/12/2015 | JBM | | 1.00 | $125.00 | $125.00 |
| 8/12/2015 | SEM | | 1.30 | $125.00 | $162.50 |
| 8/12/2015 | THR | | 1.50 | $400.00 | $600.00 |
| 8/13/2015 | ATS | | 0.80 | $125.00 | $100.00 |
| 8/13/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 8/13/2015 | JB | | 0.80 | $125.00 | $100.00 |
| 8/13/2015 | JBM | | 0.20 | $125.00 | $25.00 |
| 8/13/2015 | SEM | | 0.50 | $125.00 | $62.50 |
| 8/13/2015 | THR | | 0.40 | $400.00 | $160.00 |
| 8/14/2015 | ATS | | 0.90 | $125.00 | $112.50 |

# WIGDOR LLP
## ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/14/2015 | BLA | | 0.90 | $350.00 | $315.00 |
| 8/14/2015 | SEM | | 0.50 | $125.00 | $62.50 |
| 8/14/2015 | THR | | 1.00 | $400.00 | $400.00 |
| 8/17/2015 | ATS | | 0.70 | $125.00 | $87.50 |
| 8/17/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 8/17/2015 | JBM | | 0.30 | $125.00 | $37.50 |
| 8/17/2015 | THR | | 0.10 | $400.00 | $40.00 |
| 8/18/2015 | ATS | | 0.30 | $125.00 | $37.50 |
| 8/18/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 8/18/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 8/18/2015 | THR | | 0.40 | $400.00 | $160.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 8/19/2015 | ATS | | 0.40 | $125.00 | $50.00 |
| 8/19/2015 | SEM | | 0.30 | $125.00 | $37.50 |
| 8/19/2015 | THR | | 0.10 | $400.00 | $40.00 |
| 8/20/2015 | ATS | | 0.50 | $125.00 | $62.50 |
| 8/20/2015 | BLA | | 0.00 | $350.00 | $0.00 |
| 8/20/2015 | LMP | | 0.30 | $650.00 | $195.00 |
| 8/20/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 8/21/2015 | ATS | | 0.40 | $125.00 | $50.00 |
| 8/21/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 8/21/2015 | JB | | 0.40 | $125.00 | $50.00 |
| 8/21/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 8/24/2015 | ATS | | 0.40 | $125.00 | $50.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/24/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 8/24/2015 | JB | | 0.10 | $125.00 | $12.50 |
| 8/24/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 8/25/2015 | ATS | | 0.10 | $125.00 | $12.50 |
| 8/25/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 8/26/2015 | ATS | | 0.40 | $125.00 | $50.00 |
| 8/26/2015 | BLA | | 0.30 | $350.00 | $105.00 |
| 8/26/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 8/27/2015 | BLA | | 2.20 | $350.00 | $770.00 |
| 8/27/2015 | LMP | | 0.50 | $650.00 | $325.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|--|-------|------|--------|
| 8/28/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 8/31/2015 | ATS | | 0.70 | $125.00 | $87.50 |
| 8/31/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 9/01/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 9/01/2015 | LMP | | 2.10 | $650.00 | $1,365.00 |
| 9/01/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 9/02/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 9/02/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 9/02/2015 | LMP | | 0.10 | $650.00 | $65.00 |
| 9/09/2015 | ATS | | 0.10 | $125.00 | $12.50 |
| 9/11/2015 | BLA | | 0.10 | $350.00 | $35.00 |

# WIGDOR LLP
## ATTORNEYS AND COUNSELORS AT LAW

Page No.:    26

| Date | Initials | | Hours | Rate | Amount |
|------|----------|--|-------|------|--------|
| 9/11/2015 | LMP | | 0.10 | $650.00 | $65.00 |
| 9/14/2015 | ATS | | 0.10 | $125.00 | $12.50 |
| 9/21/2015 | JB | | 0.10 | $125.00 | $12.50 |
| 9/21/2015 | JBM | | 0.50 | $125.00 | $62.50 |
| 9/21/2015 | THR | | 0.10 | $400.00 | $40.00 |
| 9/22/2015 | JBM | | 0.20 | $125.00 | $25.00 |
| 9/22/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 9/24/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 9/24/2015 | LMP | | 0.10 | $650.00 | $65.00 |
| 9/24/2015 | THR | | 0.10 | $400.00 | $40.00 |
| 9/25/2015 | ATS | | 0.10 | $125.00 | $12.50 |
| 9/25/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 9/25/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 9/28/2015 | JBM | | 0.40 | $125.00 | $50.00 |
| 9/28/2015 | THR | | 0.10 | $400.00 | $40.00 |
| 9/29/2015 | BLA | | 0.10 | $350.00 | $35.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|--|-------|------|--------|
| 9/29/2015 | SEM | | 0.20 | $125.00 | $25.00 |
| 9/30/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 10/01/2015 | ATS | | 0.10 | $125.00 | $12.50 |
| 10/01/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 10/04/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 10/05/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 10/06/2015 | ATS | | 3.00 | $125.00 | $375.00 |
| 10/06/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 10/07/2015 | BLA | | 2.60 | $350.00 | $910.00 |
| 10/08/2015 | ATS | | 1.70 | $125.00 | $212.50 |
| 10/08/2015 | BLA | | 1.40 | $350.00 | $490.00 |
| 10/08/2015 | LMP | | 0.40 | $650.00 | $260.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| 10/08/2015 | THR | | 0.70 | $400.00 | $280.00 |
| 10/09/2015 | ATS | | 1.00 | $125.00 | $125.00 |
| 10/09/2015 | BLA | | 1.80 | $350.00 | $630.00 |
| 10/12/2015 | ATS | | 0.90 | $125.00 | $112.50 |
| 10/12/2015 | BLA | | 3.50 | $350.00 | $1,225.00 |
| 10/12/2015 | LMP | | 0.50 | $650.00 | $325.00 |
| 10/12/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 10/13/2015 | ATS | | 5.00 | $125.00 | $625.00 |
| 10/13/2015 | BLA | | 3.80 | $350.00 | $1,330.00 |

# WIGDOR LLP
## ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|--|-------|------|--------|
| 10/13/2015 | THR | | 2.00 | $400.00 | $800.00 |
| 10/14/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 10/15/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 10/15/2015 | LMP | | 0.10 | $650.00 | $65.00 |
| 10/16/2015 | BLA | | 0.80 | $350.00 | $280.00 |
| 10/16/2015 | LMP | | 0.00 | $650.00 | $0.00 |
| 10/19/2015 | BLA | | 0.30 | $350.00 | $105.00 |
| 10/19/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 10/20/2015 | BLA | | 0.30 | $350.00 | $105.00 |
| 10/20/2015 | THR | | 1.20 | $400.00 | $480.00 |
| 10/21/2015 | ATS | | 0.70 | $125.00 | $87.50 |

# WIGDOR LLP
## ATTORNEYS AND COUNSELORS AT LAW

| Date | Code | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 10/21/2015 | BLA | | 0.40 | $350.00 | $140.00 |
| 10/21/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 10/21/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 10/22/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 10/22/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 10/22/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 10/26/2015 | BLA | | 1.20 | $350.00 | $420.00 |
| 10/26/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 10/27/2015 | ATS | | 1.00 | $125.00 | $125.00 |
| 10/27/2015 | BLA | | 0.60 | $350.00 | $210.00 |

# WIGDOR LLP
## ATTORNEYS AND COUNSELORS AT LAW

| Date | Atty | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 10/27/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 10/27/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 10/28/2015 | ATS | | 1.00 | $125.00 | $125.00 |
| 10/28/2015 | BLA | | 1.20 | $350.00 | $420.00 |
| 10/28/2015 | JBM | | 0.30 | $125.00 | $37.50 |
| 10/28/2015 | LMP | | 0.40 | $650.00 | $260.00 |
| 10/28/2015 | THR | | 0.70 | $400.00 | $280.00 |
| 10/29/2015 | ATS | | 0.80 | $125.00 | $100.00 |
| 10/29/2015 | BLA | | 0.70 | $350.00 | $245.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| | | | | |
|---|---|---|---|---|
| 10/29/2015 | LMP | 0.40 | $650.00 | $260.00 |
| 10/29/2015 | THR | 3.00 | $400.00 | $1,200.00 |
| 10/30/2015 | ATS | 1.00 | $125.00 | $125.00 |
| 10/30/2015 | THR | 3.50 | $400.00 | $1,400.00 |
| 10/31/2015 | BLA | 1.40 | $350.00 | $490.00 |
| 10/31/2015 | LMP | 0.50 | $650.00 | $325.00 |
| 11/01/2015 | THR | 0.20 | $400.00 | $80.00 |
| 11/02/2015 | ATS | 0.70 | $125.00 | $87.50 |
| 11/02/2015 | BLA | 0.30 | $350.00 | $105.00 |
| 11/03/2015 | ATS | 7.00 | $125.00 | $875.00 |

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

| | | | | |
|---|---|---|---|---|
| 11/03/2015 | BLA | 0.80 | $350.00 | $280.00 |
| 11/03/2015 | LMP | 0.40 | $650.00 | $260.00 |
| 11/03/2015 | THR | 0.50 | $400.00 | $200.00 |
| 11/04/2015 | ATS | 0.80 | $125.00 | $100.00 |
| 11/04/2015 | BLA | 0.60 | $350.00 | $210.00 |
| 11/04/2015 | THR | 0.90 | $400.00 | $360.00 |
| 11/05/2015 | ATS | 0.70 | $125.00 | $87.50 |
| 11/05/2015 | BLA | 0.60 | $350.00 | $210.00 |
| 11/05/2015 | LMP | 0.50 | $650.00 | $325.00 |
| 11/05/2015 | THR | 1.00 | $400.00 | $400.00 |
| 11/06/2015 | BLA | 0.30 | $350.00 | $105.00 |

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 11/06/2015 | LMP | | 0.40 | $650.00 | $260.00 |
| 11/06/2015 | THR | | 1.10 | $400.00 | $440.00 |
| 11/09/2015 | BLA | | 0.30 | $350.00 | $105.00 |
| 11/09/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 11/11/2015 | BLA | | 1.20 | $350.00 | $420.00 |
| 11/11/2015 | LMP | | 1.00 | $650.00 | $650.00 |
| 11/11/2015 | THR | | 2.50 | $400.00 | $1,000.00 |

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 11/13/2015 | ATS | | 0.50 | $125.00 | $62.50 |
| 11/13/2015 | BLA | | 2.20 | $350.00 | $770.00 |
| 11/13/2015 | THR | | 0.70 | $400.00 | $280.00 |
| 11/14/2015 | LMP | | 1.00 | $650.00 | $650.00 |
| 11/16/2015 | ATS | | 0.30 | $125.00 | $37.50 |
| 11/16/2015 | BLA | | 0.80 | $350.00 | $280.00 |
| 11/16/2015 | LMP | | 0.50 | $650.00 | $325.00 |
| 11/16/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 11/17/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 11/17/2015 | LMP | | 0.30 | $650.00 | $195.00 |
| 11/17/2015 | THR | | 0.20 | $400.00 | $80.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| 11/18/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 11/18/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 11/18/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 11/19/2015 | LMP | | 0.30 | $650.00 | $195.00 |
| 11/19/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 11/23/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 11/23/2015 | LMP | | 0.10 | $650.00 | $65.00 |
| 11/23/2015 | THR | | 0.10 | $400.00 | $40.00 |
| 11/24/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 11/24/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 11/25/2015 | ATS | | 0.10 | $125.00 | $12.50 |
| 11/25/2015 | BLA | | 0.20 | $350.00 | $70.00 |

# WIGDOR LLP
## ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/25/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 11/25/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 11/30/2015 | BLA | | 0.40 | $350.00 | $140.00 |
| 11/30/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 11/30/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 12/02/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 12/03/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 12/03/2015 | THR | | 0.20 | $400.00 | $80.00 |
| 12/04/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 12/04/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 12/04/2015 | THR | | 0.10 | $400.00 | $40.00 |
| 12/07/2015 | BLA | | 0.20 | $350.00 | $70.00 |

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| 12/07/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 12/08/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 12/08/2015 | BLA | | 2.60 | $350.00 | $910.00 |
| 12/08/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 12/08/2015 | THR | | 1.20 | $400.00 | $480.00 |
| 12/09/2015 | ATS | | 0.50 | $125.00 | $62.50 |
| 12/09/2015 | BLA | | 1.20 | $350.00 | $420.00 |
| 12/09/2015 | THR | | 0.40 | $400.00 | $160.00 |
| 12/10/2015 | BLA | | 0.20 | $350.00 | $70.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/11/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 12/11/2015 | THR | | 0.80 | $400.00 | $320.00 |
| 12/14/2015 | ATS | | 0.20 | $125.00 | $25.00 |
| 12/14/2015 | BLA | | 0.30 | $350.00 | $105.00 |
| 12/14/2015 | LMP | | 0.80 | $650.00 | $520.00 |
| 12/14/2015 | THR | | 1.00 | $400.00 | $400.00 |
| 12/15/2015 | BLA | | 0.20 | $350.00 | $70.00 |
| 12/15/2015 | LMP | | 0.10 | $650.00 | $65.00 |
| 12/16/2015 | ATS | | 0.10 | $125.00 | $12.50 |
| 12/16/2015 | BLA | | 1.20 | $350.00 | $420.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 12/16/2015 | LMP | | 0.40 | $650.00 | $260.00 |
| 12/16/2015 | THR | | 0.40 | $400.00 | $160.00 |
| 12/18/2015 | BLA | | 0.40 | $350.00 | $140.00 |
| 12/18/2015 | LMP | | 0.20 | $650.00 | $130.00 |
| 12/22/2015 | ATS | | 0.60 | $125.00 | $75.00 |
| 12/22/2015 | JBM | | 1.20 | $125.00 | $150.00 |
| 12/22/2015 | LMP | | 0.30 | $650.00 | $195.00 |
| 12/22/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 12/23/2015 | THR | | 1.30 | $400.00 | $520.00 |
| 12/24/2015 | BLA | | 0.10 | $350.00 | $35.00 |
| 12/28/2015 | BLA | | 1.80 | $350.00 | $630.00 |
| 12/28/2015 | LMP | | 0.60 | $650.00 | $390.00 |

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| 12/28/2015 | THR | | 0.50 | $400.00 | $200.00 |
| 12/29/2015 | LMP | | 0.50 | $650.00 | $325.00 |
| 12/30/2015 | BLA | | 0.30 | $350.00 | $105.00 |
| 12/30/2015 | LMP | | 1.30 | $650.00 | $845.00 |
| 12/30/2015 | THR | | 0.30 | $400.00 | $120.00 |
| 1/06/2016 | BLA | | 1.80 | $350.00 | $630.00 |
| 1/06/2016 | THR | | 0.70 | $400.00 | $280.00 |
| 1/07/2016 | BLA | | 0.20 | $350.00 | $70.00 |
| 1/07/2016 | THR | | 0.20 | $400.00 | $80.00 |
| 1/08/2016 | ATS | | 0.40 | $125.00 | $50.00 |

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 1/08/2016 | BLA | | 1.40 | $350.00 | $490.00 |
| 1/08/2016 | THR | | 0.30 | $400.00 | $120.00 |
| 1/11/2016 | BLA | | 0.30 | $350.00 | $105.00 |
| 1/11/2016 | LMP | | 0.40 | $650.00 | $260.00 |
| 1/12/2016 | ATS | | 0.10 | $125.00 | $12.50 |
| 1/12/2016 | BLA | | 2.20 | $350.00 | $770.00 |
| 1/12/2016 | LMP | | 1.40 | $650.00 | $910.00 |
| 1/12/2016 | THR | | 0.50 | $400.00 | $200.00 |

# WIGDOR LLP
### ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/14/2016 | BLA | 0.20 | $350.00 | $70.00 |
| 1/15/2016 | BLA | 0.20 | $350.00 | $70.00 |
| 1/15/2016 | LMP | 0.20 | $650.00 | $130.00 |
| 1/18/2016 | BLA | 1.40 | $350.00 | $490.00 |
| 1/19/2016 | ATS | 0.40 | $125.00 | $50.00 |
| 1/19/2016 | BLA | 0.80 | $350.00 | $280.00 |
| 1/19/2016 | LMP | 0.40 | $650.00 | $260.00 |
| 1/19/2016 | THR | 0.30 | $400.00 | $120.00 |
| 1/20/2016 | ATS | 0.10 | $125.00 | $12.50 |
| 1/20/2016 | BLA | 0.20 | $350.00 | $70.00 |

# WIGDOR LLP
### ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/20/2016 | LMP | | 0.10 | $650.00 | $65.00 |
| 1/21/2016 | BLA | | 1.40 | $350.00 | $490.00 |
| 1/21/2016 | LMP | | 0.50 | $650.00 | $325.00 |
| 1/22/2016 | ATS | | 0.20 | $125.00 | $25.00 |
| 1/22/2016 | BLA | | 1.80 | $350.00 | $630.00 |
| 1/22/2016 | LMP | | 0.50 | $650.00 | $325.00 |
| 1/22/2016 | THR | | 1.60 | $400.00 | $640.00 |
| 1/25/2016 | ATS | | 0.10 | $125.00 | $12.50 |
| 1/25/2016 | THR | | 0.30 | $400.00 | $120.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

Page No.:   45

| Date | | | Hours | Rate | Amount |
|------|---|---|-------|------|--------|
| 1/26/2016 | ATS | | 0.10 | $125.00 | $12.50 |
| 1/26/2016 | BLA | | 1.00 | $350.00 | $350.00 |
| 1/26/2016 | LMP | | 2.70 | $650.00 | $1,755.00 |
| 1/27/2016 | ATS | | 0.50 | $125.00 | $62.50 |
| 1/27/2016 | THR | | 0.50 | $400.00 | $200.00 |
| 1/28/2016 | BLA | | 1.20 | $350.00 | $420.00 |
| 1/28/2016 | THR | | 1.00 | $400.00 | $400.00 |
| 1/29/2016 | BLA | | 0.20 | $350.00 | $70.00 |
| 1/29/2016 | LMP | | 0.20 | $650.00 | $130.00 |
| 1/29/2016 | THR | | 0.30 | $400.00 | $120.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/31/2016 | BLA | | 0.30 | $350.00 | $105.00 |
| 2/01/2016 | ATS | | 0.30 | $125.00 | $37.50 |
| 2/01/2016 | BLA | | 1.20 | $350.00 | $420.00 |
| 2/02/2016 | ATS | | 0.10 | $125.00 | $12.50 |
| 2/02/2016 | BLA | | 1.40 | $350.00 | $490.00 |
| 2/02/2016 | LMP | | 0.50 | $650.00 | $325.00 |
| 2/02/2016 | THR | | 0.90 | $400.00 | $360.00 |
| 2/03/2016 | ATS | | 3.20 | $125.00 | $400.00 |
| 2/03/2016 | BLA | | 7.20 | $350.00 | $2,520.00 |

# WIGDOR LLP
### ATTORNEYS AND COUNSELORS AT LAW

| Date | Init. | | Hours | Rate | Amount |
|------|-------|---|-------|------|--------|
| 2/03/2016 | LMP | | 0.30 | $650.00 | $195.00 |
| 2/03/2016 | THR | | 6.00 | $400.00 | $2,400.00 |
| 2/04/2016 | ATS | | 2.40 | $125.00 | $300.00 |
| 2/04/2016 | BLA | | 1.80 | $350.00 | $630.00 |
| 2/04/2016 | LMP | | 0.90 | $650.00 | $585.00 |
| 2/04/2016 | THR | | 1.00 | $400.00 | $400.00 |
| 2/05/2016 | ATS | | 0.30 | $125.00 | $37.50 |
| 2/05/2016 | BLA | | 1.70 | $350.00 | $595.00 |
| 2/05/2016 | LMP | | 0.70 | $650.00 | $455.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| Date | | | Hours | Rate | Amount |
|------|---|---|-------|------|--------|
| 2/05/2016 | THR | | 3.00 | $400.00 | $1,200.00 |
| 2/08/2016 | BLA | | 0.10 | $350.00 | $35.00 |
| 2/09/2016 | ATS | | 0.20 | $125.00 | $25.00 |
| 2/09/2016 | BLA | | 1.20 | $350.00 | $420.00 |
| 2/09/2016 | LMP | | 1.00 | $650.00 | $650.00 |
| 2/09/2016 | THR | | 1.20 | $400.00 | $480.00 |
| 2/10/2016 | ATS | | 0.20 | $125.00 | $25.00 |
| 2/10/2016 | BLA | | 0.40 | $350.00 | $140.00 |
| 2/10/2016 | LMP | | 3.20 | $650.00 | $2,080.00 |
| 2/11/2016 | BLA | | 1.10 | $350.00 | $385.00 |

**WIGDOR LLP**
ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 2/11/2016 | LMP | | 2.00 | $650.00 | $1,300.00 |
| 2/11/2016 | THR | | 0.20 | $400.00 | $80.00 |
| 2/12/2016 | LMP | | 0.40 | $650.00 | $260.00 |
| 2/16/2016 | ATS | | 0.10 | $125.00 | $12.50 |
| 2/16/2016 | BLA | | 1.00 | $350.00 | $350.00 |
| 2/16/2016 | THR | | 1.00 | $400.00 | $400.00 |
| 2/17/2016 | BLA | | 1.60 | $350.00 | $560.00 |

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

| | | | | |
|---|---|---|---|---|
| 2/17/2016 | THR | 0.30 | $400.00 | $120.00 |
| 2/18/2016 | ATS | 0.40 | $125.00 | $50.00 |
| 2/18/2016 | BLA | 1.80 | $350.00 | $630.00 |
| 2/18/2016 | THR | 0.50 | $400.00 | $200.00 |
| 2/19/2016 | BLA | 0.20 | $350.00 | $70.00 |
| 2/19/2016 | THR | 0.20 | $400.00 | $80.00 |
| 2/22/2016 | ATS | 1.90 | $125.00 | $237.50 |

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

Page No.:   51

| | | | | | |
|---|---|---|---|---|---|
| 2/22/2016 | BLA | | 0.80 | $350.00 | $280.00 |
| 2/22/2016 | THR | | 0.20 | $400.00 | $80.00 |
| 2/23/2016 | ATS | | 2.60 | $125.00 | $325.00 |
| 2/23/2016 | THR | | 3.00 | $400.00 | $1,200.00 |

Total Fees   $149,222.50

**Staff Summary**

| Name | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Anne T Stanford | Paralegal | 115.10 | $125.00 | $14,387.50 |
| Bryan L Arbeit | Associate | 92.80 | $350.00 | $32,480.00 |
| Janice Byun | Paralegal | 9.40 | $125.00 | $1,175.00 |
| James B Meresman | Paralegal | 18.80 | $125.00 | $2,350.00 |
| Lawrence M Pearson | Partner | 54.20 | $650.00 | $35,230.00 |
| Michelle L. Kornblit | Associate | 39.30 | $300.00 | $11,790.00 |
| Michael Willmore | Intern | 0.00 | $0.00 | $0.00 |
| Sara E Molinsky | Paralegal | 14.80 | $125.00 | $1,850.00 |
| Tanvir H Rahman | Associate | 124.90 | $400.00 | $49,960.00 |

**Please Remit Payment Upon Receipt to WIGDOR LLP**